1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHAWNA M. GREEN,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>            Defendant. | Case No. CV 15-09778 AFM<br><br>**ORDER TO SHOW CAUSE RE<br>DISMISSAL FOR FAILURE TO<br>PROSECUTE** |

        By Order Regarding Further Proceedings filed December 23, 2015, plaintiff was ordered to file a Memorandum in Support of Plaintiff's Complaint within thirty (30) days after service of defendant's responsive pleading and a copy of the administrative record.  (Order, ¶ 5.)  Defendant filed and served her Answer and the administrative record on May 5, 2016.  The parties stipulated to three extensions of time for plaintiff to submit her Memorandum in Support of Complaint for a total of 179 days.  The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint.  Plaintiff has failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that within 30 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed. If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The filing of a Plaintiff's Memorandum in Support of Complaint within 30 days, shall discharge the order to show cause.

DATED: 11/17/2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2